Writ refused. The conclusion of the trial judge on the evidentiary hearing is correct.

270 So.2d 121

STATE of Louisiana ex rel. Bobby BAGLEY

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary.

No. 53009.

Dec. 21, 1972.

Application denied. The showing made by relator does not warrant the relief sought.

270 So.2d 121

STATE of Louisiana ex rel. Woodman
J. COLLINS

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.

No. 53010.

Dec. 21, 1972.

Writ refused. Relator has previously applied to this court on same grounds. See 51,900, Collins v. Henderson.